Núm. 8160.—Sucn. Rivera, Etc., apltes. v. G. Godreau y Cía., aplda.—C. D. Guayama. ▆▆▆ Enero 30, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, en el acto de la vista del presente recurso la parte demandada y apelada solicitó la eliminación de todo lo contenido en las página 1 a 89, ambas inclusive, del Legajo de la Sentencia;

Por cuanto, lo contenido en dichas páginas es, la demanda original y la excepción previa y contestación a dicha demanda; la

primera demanda enmendada y la excepción previa y contestación de los demandados a dicha demanda enmendada; la contestación enmendada a la primera demanda enmendada; y una larga serie de mociones y órdenes que no tienen relación alguna con las cuestiones envueltas en el presente recurso;

POR CUANTO, de acuerdo con lo resuelto por esta Corte Suprema en *Romero* v. *Romero Solís,* 33 D.P.R. 108 y confirmado en *Taboada* v. *Dragoni,* 50 D.P.R. 907, "cuando se presenta una alegación enmendada como sustituta de la alegación original, esta última deja de ser parte de los autos excepto para decidir a los fines de la prescripción cuándo fué en realidad comenzada la acción y si una nueva causa de acción ha sido presentada o algo por el estilo";

POR CUANTO, del estudio que hemos hecho de los autos y de los alegatos de ambas partes, no aparece que en el presente recurso esté envuelta cuestión alguna relacionada con la prescripción de la acción o con la substitución de la causa de acción expuesta en la demanda original; y

POR CUANTO, examinada la transcripción de evidencia, de ella no aparece que los documentos cuya eliminación se pide, o alguno de ellos, fuese ofrecido como prueba por la parte demandante.

POR LO TANTO, se declara con lugar la moción eliminatoria y se ordena la eliminación de las páginas 1 a 89 del Legajo de la Sentencia, hasta el comienzo de la Nueva Demanda Enmendada.

El Juez Asociado Sr. Snyder no intervino.